IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DAMIAN JACKSON,

    Petitioner,

v.                                                        Civil Action No. **3:25cv382**

CHADWICK DOTSON,

    Respondent.

## MEMORANDUM OPINION

Petitioner, proceeding *pro se*, submitted a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. By Memorandum Order entered on July 2, 2025, the Court directed Petitioner to complete and return, within thirty (30) days of the date of entry thereof, an affidavit in support of his request to proceed *in forma pauperis* or pay the $5.00 filing fee. (ECF No. 2.) More than thirty (30) days have passed, and Petitioner has not returned the required *in forma pauperis* affidavit.

Petitioner has failed to pay the assessed fee or adequately explain any special circumstances warranting excuse from payment. Accordingly, the petition will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall issue.

Date: 08/11/2025                                                       /s/
Richmond, Virginia                                 M. Hannah Lauck
                                                     United States District Judge